IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN DAVID BRIDGES, III                                                                              PLAINTIFF

v.                                            Case No. 6:22-cv-6032

DR. NANETTE VOWELL, *et al.*                                                                    DEFENDANTS

**ORDER**

      Before the Court is the Report and Recommendation filed July 7, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to prosecute this matter and failure to comply with a Court order. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 12th day of September, 2022.

                                                            /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           Chief United States District Judge